FILED BY\_\_\_KS\_\_\_D.C.
Apr 25, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-30009 |
| Plaintiff, | REDACTED INDICTMENT |
| v. | WIRE FRAUD |
| TYLER VANDENHOEK, | 18 U.S.C. §§ 1343, 1349, and 3237 |
| Defendant. | |

The Grand Jury charges:

A. <u>Introduction and Object of the Scheme and Artifice</u>:

At all times relevant to the offenses set forth in this Indictment, the defendant, Tyler Vandenhoek, was a resident of South Dakota. The object of the defendant's scheme and artifice to defraud was to enrich himself by obtaining fraudulent funds.

B. <u>Manner and Means of the Scheme and Artifice</u>:

1. In early 2020, the defendant, Tyler Vandenhoek (Vandenhoek), was staying at a residence in Todd County, South Dakota, that belonged to Sharli Colombe (Sharli). Sharli considered Vandenhoek to be a friend and Vandenhoek also performed paid labor at Sharli's family's ranch. Chance Colombe (Chance), who is Sharli's brother, also considered Vandenhoek to be a friend and had offered Vandenhoek a job as a laborer.

2. In January 2020, Vandenhoek was riding in Sharli's vehicle when he observed two checkbooks. One checkbook belonged to Sharli and

contained blank checks for an account at Dakota Prairie Bank in Draper, South Dakota. The other checkbook belonged to Chance and his girlfriend, Shelby Homer, and contained blank checks for an account at Bank of the West in Valentine, Nebraska. Vandenhoek took both checkbooks and subsequently forged checks from both checkbooks, which he then cashed at local banks and businesses.

3. Dakota Prairie Bank has multiple branches in South Dakota. All Dakota Prairie Bank checks and ACH items are cleared by wire transmission to United Bankers Bank in Bloomington, Minnesota.

4. Bank of the West has multiple branches throughout the Midwest and Western United States. All Bank of the West checks and ACH items are cleared by wire transmission to a Federal Reserve Bank. There are no Federal Reserve Banks in South Dakota.

## COUNTS I–XII

All of the allegations set forth in paragraphs A–B inclusive are realleged and incorporated by reference as though fully set forth herein for the purpose of establishing the existence of a scheme and artifice to defraud. Beginning on or about January 14, 2020, and continuing through on or about February 18, 2020, all dates approximate and inclusive, in the District of South Dakota and elsewhere, the defendant, having devised the above-described scheme and artifice to defraud, knowingly caused communications to be sent in furtherance of the scheme, and did knowingly use and cause communications to be

transmitted in interstate commerce, by means of electronic wire communications, writings, signs, signals, pictures, and sounds, for the purpose of executing such scheme and artifice to defraud.

On or about the dates listed below, the defendant caused, and attempted to cause, among others, the following wire communications to be sent, with each such transmission constituting a separate count:

| Count | Check # | Date on Check | Type of Wire Transmission | Description of Interstate Wire Transmission |
|---|---|---|---|---|
| I | 3336 | 2/15/2020 | $1,700.00 check to Tyler Vandenhoek | From Dakota Prairie Bank to Dakota Prairie Bank |
| II | 3326 | 2/13/2020 | $1,500.00 check to Tyler Vandenhoek | From Dakota Prairie Bank to Dakota Prairie Bank |
| III | 300 | 1/29/2020 | $700.00 check to Alec Whipple | From Bank of the West to First Fidelity Bank |
| IV | 298 | 1/29/2020 | $500.00 check to Ty Vandenhoek | From Bank of the West to First Fidelity Bank |
| V | 296 | 1/28/2020 | $350.00 check to Ty Vandenhoek | From Bank of the West to First Fidelity Bank |
| VI | 295 | 1/27/2020 | $350.00 check to Ty Vandenhoek | From Bank of the West to Bankwest |
| VII | 294 | 1/27/2020 | $300.00 check to Tyler Vandenhoek | From Bank of the West to First Fidelity Bank |
| VIII | 291 | 1/25/2020 | $300.00 check to Buches | From Bank of the West to First Fidelity Bank |
| IX | 290 | 1/24/2020 | $150.00 check to Travis Whirlwind Soldier | From Bank of the West to First Fidelity Bank |
| X | 289 | 1/23/2020 | $250.00 check to Buche Foods | From Bank of the West to First Fidelity Bank |
| XI | 287 | 1/21/2020 | $250.00 check to Ty Vandenhoek | From Bank of the West to First Fidelity Bank |

| Count | Check # | Date on Check | Type of Wire Transmission | Description of Interstate Wire Transmission |
|---|---|---|---|---|
| XII | 288 | 1/14/2020 | $300.00 check to Ty Vandenhoek | From Bank of the West to Bankwest |

Defendants' actions were in violation of 18 U.S.C. §§ 1343, 1349, and 3237.

A TRUE BILL:

NAME REDACTED
_____
Foreperson

DENNIS R. HOLMES
United States Attorney

By: _____

# UNITED STATES DISTRICT COURT
for the

District of South Dakota

| | |
|---|---|
| United States of America<br>v.<br>Tyler Vandenhoek<br><br>_____<br>*Defendant* | )<br>)   Case No. 22-30009<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Tyler Vandenhoek                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

   Wire Fraud.

Date:   02/09/2022

_____
*Issuing officer's signature*

City and state:   Pierre, South Dakota                       Matthew W. Thelen, Clerk of Court
                                                             *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

cc: USM